IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JOANN W. HARRIS,                    *
                                     *
              Plaintiff              *
                                     *
    v.                               *  CIV. NO. JFM-01-3808
                                     *
DONALD EVANS, Secretary              *
DEPARTMENT OF COMMERCE,              *
et al.,                              *
                                     *
              Defendants             *

      *     *     *     *   ***   *     *     *      *

## ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _5th_ day of February, 2002,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for filing an Answer in the above-captioned case be and is hereby extended to and including March 28, 2002.

_____
United States District Judge

*deshields\harrisext.wpd*