IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOANN W. HARRIS | * | |
| | * | |
| v. | * | Civil No. JFM-01-3808 |
| | * | |
| DONALD L. EVANS, et al. | * | |

\*\*\*\*\*

MEMORANDUM

Pro se plaintiff has responded to a pending motion to dismiss by requesting that the court delay ruling on the motion until she has had an opportunity to obtain legal counsel.

Plaintiff has stated that she is going to have a consultation with a lawyer at the end of March. I will, therefore, defer ruling upon the motion until April 26, 2002. If the conference that plaintiff has scheduled with an attorney at the end of March does not result in the attorney representing plaintiff, plaintiff must file a response to the pending motion in her pro se capacity by April 26, 2002.

Date: March 7, 2002.

_____
J. Frederick Motz
United States District Judge