IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOANN W. HARRIS   *
  *
v.   *   Civil No. JFM-01-3808
  *
DONALD L. EVANS, et al.   *
***** 

ORDER

As stated in the accompanying memorandum, it is, this 7th day of March 2002

ORDERED that plaintiff's motion to delay ruling on defendants' motion to dismiss is granted.

_____
J. Frederick Motz
United States District Judge