IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOANN W. HARRIS, *
  *
    Plaintiff *
  *
v. * CIV. NO. JFM-01-3808
  *
DONALD EVANS, Secretary *
DEPARTMENT OF COMMERCE, *
et al., *
  *
    Defendants *

\*   \*   \*   \*   \*\*\*   \*   \*   \*   \*

<u>ORDER</u>

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _28th_ day of March, 2002,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for filing an Answer in the above-captioned case be and is hereby extended to and including April ~~28, 2002~~.

                                                _____
                                                United States District Judge

deshields\harrisext.wpd