IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOANN W. HARRIS, | * |
| Plaintiff | * |
| v. | * CIV. NO. JFM-01-3808 |
| DONALD EVANS, Secretary DEPARTMENT OF COMMERCE, et al., | * |
| Defendants | * |

\* \* \* \* \*\*\* \* \* \* \*

ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _25th_ day of April, 2002,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for filing an Answer in the above-captioned case be and is hereby extended to and including May 22, 2002.

_____
United States District Judge

deshields\harrisext.wpd