IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOANN W. HARRIS,

    Plaintiff,

v.                        Civil Action No JFM-01-3808

DONALD L. EVANS,

    Defendant.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE MOTION TO DISMISS

Upon the agreement of both parties, Plaintiff is granted an extension of sixty (60) days in which to respond to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment heretofore filed herein by the United States on May 22, 2002.

_____
United States District Judge