IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOANN W. HARRIS, | * |
| Plaintiff | * |
| v. | * CIV. NO. JFM-01-3808 |
| DONALD EVANS, Secretary DEPARTMENT OF COMMERCE, et al., | * |
| Defendants | * |

\* \* \* \* \*\*\* \* \* \* \*

### ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this 27th day of August, 2002,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for filing an Answer in the above-captioned case be and is hereby extended to and including September 16, 2002.

_____
United States District Judge

*deshields\harrisreplyext.wpd*