IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOANN W. HARRIS | * | |
| | * | |
| v. | * | Civil No. JFM-01-3808 |
| | * | |
| DONALD L. EVANS, SECRETARY, | * | |
| U.S. DEPARTMENT OF COMMERCE | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 30th day of September 2002

ORDERED

1. Defendant's motion to dismiss or for summary judgment is treated as one for summary judgment and, as such, is granted; and

2. Judgment is entered in favor of defendant against plaintiff.

_____
J. Frederick Motz
United States District Judge