IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOANN W. HARRIS | * | |
| | * | |
| v. | * | Civil No. JFM-01-3808 |
| | * | |
| DONALD L. EVANS, ET AL. | * | |

\*\*\*\*\*

ORDER

On September 30, 2002, this court entered an order granting summary judgment in favor of defendant. On October 21, 2002, plaintiff filed a notice of appeal. Thereafter, on October 24, 2002, defendant filed a "counterclaim to strike and compel plaintiff's return of certain documents protected by the privacy act." Since an appeal has been noted, this court is without jurisdiction to consider defendant's motion. Accordingly, it is, this 3rd day of January 2003

ORDERED that defendant's "counterclaim to strike and compel plaintiff's return of certain documents protected by the privacy act" is denied without prejudice.

_____
J. Frederick Motz
United States District Judge